320 F.2d 918
 The TRAVELERS INDEMNITY COMPANY (a corporation)
v.
UNITED STATES of America.
 No. 7288.
 United States Court of Appeals Tenth Circuit.
 May 28, 1963.
 
 Appeal from the United States District Court for the District of Wyoming.
 Joseph F. Maier, Torrington, Wyo., for appellant.
 Robert N. Chaffin, U. S. Atty., Cheyenne, Wyo., for appellee.
 Before PICKETT and BREITENSTEIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Dismissed May 28, 1963, pursuant to stipulation of the parties.